UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BREWSLOW & WALKER, LLP *and*
B & W INVESTMENT ASSOCIATES,

                    Plaintiffs,

           *– against –*

WALLEYE TECHNOLOGIES, INC.,

                    Defendant.

**<u>ORDER</u>**

13 Civ. 6304 (ER)

<u>Ramos, D.J.</u>:

      On May 16, 2014, this Court stayed this matter during the pendency of Walleye's bankruptcy proceedings in the U.S. Bankruptcy Court for the District of Massachusetts. Doc. 45.  On November 18, 2015, the plaintiffs indicated bankruptcy proceedings were ongoing.  Since then, no action has occured in this case.  Accordingly, the parties are directed to submit a joint status report by November 1, 2020.

It is SO ORDERED.

Dated:    October 2, 2020
           New York, New York

                                _____

                                     Edgardo Ramos, U.S.D.J.