UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BREWSLOW & WALKER, LLP, *and* B & W INVESTMENT ASSOCIATES,

                Plaintiff,

– against –

WALLEYE TECHNOLOGIES, INC.,

                Defendants.

**ORDER**

13 Civ. 6304 (ER)

Ramos, D.J.:

      On October 2, 2020, the Court instructed the parties to submit a joint status report in this case by November 1, 2020. Doc. 48. No joint status report was submitted. The parties are therefore instructed to submit a joint status report by no later than April 19, 2021. Failure to do so could result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. R. 41(b).

      It is SO ORDERED.

Dated:   April 5, 2021
            New York, New York

                                                          Edgardo Ramos, U.S.D.J.