UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BREWSLOW & WALKER, LLP, *and* B & W INVESTMENT ASSOCIATES,

                Plaintiff,

– against –

WALLEYE TECHNOLOGIES, INC.,

                Defendants.

**ORDER**

13 Civ. 6304 (ER)

Ramos, D.J.:

    On May 16, 2014 the Court stayed this matter for the pendency of Walleye's bankruptcy proceedings. On April 6, 2021 Defendant provided a status update, advising the Court that the liquidation proceedings had concluded and the Trustee had been discharged. *See* Doc. 50, Doc. 50-1 (Order Approving Trustee's Final Report and Account after Distribution, Discharging Trustee and Closing Case). In light of this update, and in light of Plaintiff's failure to respond to the Court's April 5, 2021 request for a status update, this matter is hereby dismissed with prejudice. *See* 11 U.S.C. 524(a); F.R.C.P. §41(b). The Clerk of Court is respectfully directed to terminate all open motions and close the case.

    It is SO ORDERED.

Dated:   August 20, 2021
            New York, New York

                                                        Edgardo Ramos, U.S.D.J.